| 1. Person Reporting (last name, first, middle initial)<br><br>Hamilton, Jean C. | 2. Court or Organization<br><br>US District Court, EDMO | 3. Date of Report<br><br>04/27/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>111 South Tenth Street<br>St. Louis, MO 63102 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Hillcrest Subdivision |
| 2. Commissioner, Secretary to the Board of Commissioners | Saint Louis Art Museum |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Missouri Judges Retirement System - pension | $28,598.80 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | David A. Blanton | January 2011 | Florida | vacation | Lodging, partial food & partial transportation |
| 2. | David A. Blanton | April 2011 | Colorado, California | vacation | Lodging, partial food & partial transportation |
| 3. | David A. Blanton | July 2011 | Canada, Maine | vacation | Lodging, partial food & partial transportation |
| 4. | David A. Blanton | December 2011 | Chicago, IL | vacation | Lodging, food & transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David A. Blanton | home furnishings | $1,795.00 |
| 2. | David A. Blanton | furniture | $947.00 |
| 3. | David A. Blanton | apparel | $300.00 |
| 4. | David A. Blanton | accessories | $145.00 |
| 5. | David A. Blanton | books | $35.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T - com. | C | Dividend | L | T | | | | | |
| 2. Exxon Mobil - com. | B | Dividend | L | T | | | | | |
| 3. Dreyfus Liquid Assets money market fund | A | Dividend | K | T | | | | | |
| 4. Dreyfus Tax Exempt Bond Fund | C | Interest | L | T | | | | | |
| 5. US Bank -2 accts. | A | Interest | M | T | | | | | |
| 6. Bank of America 1 acct. | A | Interest | L | T | | | | | |
| 7. IRA-Putnam Voyager Fund | | None | L | T | | | | | |
| 8. Bristol Myers Squibb - com. | B | Dividend | K | T | | | | | |
| 9. Coca-Cola - com | A | Dividend | K | T | | | | | |
| 10. IBM- com. | B | Dividend | M | T | | | | | |
| 11. Procter & Gamble - com | B | Dividend | L | T | | | | | |
| 12. Minn. Mining & Mfg. - com. | B | Dividend | L | T | | | | | |
| 13. General Electric - com. | A | Dividend | K | T | | | | | |
| 14. Walt Disney - com. | A | Dividend | K | T | | | | | |
| 15. Motorola - com. | | | | | | | J | A | |
| 16. Motorola Mobility Holdings - com. | A | | J | T | Spinoff (from line 15) | 01/04/11 | | | |
| 17. Motorola Solutions | A | | J | T | Spinoff (from line 15) | 01/04/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Altria - com. | C | Dividend | K | T | | | | | |
| 19. Pfizer - com. | C | Dividend | L | T | | | | | |
| 20. Alcatel Lucent - com. | | None | J | T | | | | | |
| 21. Solutia - com. | | | | | Sold | 03/28/11 | J | A | |
| 22. Home Depot - com. | A | Dividend | K | T | | | | | |
| 23. Energizer - com. | | None | J | T | | | | | |
| 24. Monsanto - com. | A | Dividend | K | T | | | | | |
| 25. Brokerage Acct #1 | | | | | | | | | |
| 26. a. Coca-Cola - com. | B | Dividend | K | T | | | | | |
| 27. b. Exxon Mobil - com. | A | Dividend | J | T | | | | | |
| 28. c. Home Depot - com. | A | Dividend | J | T | | | | | |
| 29. d. IBM - com. | A | Dividend | K | T | | | | | |
| 30. e. Minn. Mining & Mfg. - com | A | Dividend | K | T | | | | | |
| 31. f. Monsanto - com. | A | Dividend | K | T | | | | | |
| 32. g. Motorola - com. | | | | | | | J | A | |
| 33. h. Motorola Mobiliy | | None | J | T | Spinoff (from line 32) | 01/04/11 | | | |
| 34. i. Motorola Solutions | A | Dividend | J | T | Spinoff (from line 32) | 01/04/11 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. j. Procter & Gamble - com. | B | Dividend | L | T | | | | | |
| 36. k. American International Group - com. | A | Distribution | J | T | | | | | |
| 37. l. Bank of America - com. | A | Dividend | J | T | | | | | |
| 38. Comcast - com. | A | Dividend | J | T | | | | | |
| 39. Kraft - com. | B | Dividend | L | T | | | | | |
| 40. American International Group - com. | | None | J | T | | | | | |
| 41. Philip Morris Int'l - com | D | Dividend | M | T | | | | | |
| 42. Brokerage Acct. #2 - Industrial Development Authority Bonds | B | Interest | K | T | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V.  Line 3. The is an estimated value.
Line 4. This is an estimated value.
Line 5. This is an estimated value.

Part VII, Page 4, line 15  On January 4, 2011, Motorola spun-off Motorola Mobility Holdings and Motorola Solutions.  This was a broker/barter transaction.
Page 5, line 32  On January 4, 2011, Motorola spun-off Motorola Mobility Holdings and Motorola Solutions
Page 6, line 36  This was a non-dividend distribution.

| Name of Person Reporting | Date of Report |
|---|---|
| Hamilton, Jean C. | 04/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jean C. Hamilton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544